466 A.2d 131

COMMONWEALTH of Pennsylvania

v.

William HECKMAN, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 13, 1983.

Decided Oct. 19, 1983.

Samuel J. Reich, Samuel J. Reich & Associate, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kemal Alexander Mericli, Asst. Dist. Atty., Pittsburgh, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.